**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:26 cr . 017 |
| **Plaintiff,** | JUDGE **THOMAS M. ROSE** |
| vs. | INDICTMENT |
| **KE-SHAWN RIVERS** a/k/a "JayZ" | 21 U.S.C. § 841(a)(1) 21 U.S.C. § 841(b)(1)(C) |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**COUNTS 1 THROUGH 13**
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C)]**
**(Distribution of Fentanyl)**

On or about the dates below – with each date constituting an individual count herein – in the Southern District of Ohio, defendant **KE-SHAWN RIVERS a/k/a "JayZ"**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (also known as fentanyl), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 1 | 9/18/2025 |
| 2 | 10/1/2025 |
| 3 | 10/8/2025 |
| 4 | 10/21/2025 |
| 5 | 10/27/2025 |
| 6 | 11/26/2025 |
| 7 | 12/4/2025 |
| 8 | 12/11/2025 |

| 9 | | 12/18/2025 |
|---|---|---|
| 10 | | 12/30/2025 |
| 11 | | 1/13/2026 |
| 12 | | 1/22/2026 |
| 13 | | 1/30/2026 |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL

S/ Foreperson

FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**AMY M. SMITH (0081712)**
**Assistant United States Attorney**
**KELLY COLLINS (0101936)**
**Special Assistant United States Attorney**

2