**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   **Plaintiff,**<br><br>vs.<br><br>**KE-SHAWN RIVERS**<br>a/k/a "JayZ"<br><br>   **Defendant.** | **CASE NO. 3:26CR17**<br><br>**JUDGE THOMAS M. ROSE**<br><br>**SUPERSEDING INDICTMENT**<br><br>**18 U.S.C. § 922(g)(1)**<br>**18 U.S.C. § 924(a)(8)**<br>**18 U.S.C. § 924(c)(1)(A)(i)**<br>**21 U.S.C. § 841(a)(1)**<br>**21 U.S.C. § 841(b)(1)(A)(vi)**<br>**21 U.S.C. § 841(b)(1)(B)(ii)**<br>**21 U.S.C. § 841(b)(1)(B)(iii)**<br><br>**FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1 THROUGH 13</u>**
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C)]**
**(Distribution of Fentanyl)**

On or about the dates below – with each date constituting an individual count herein – in the Southern District of Ohio, defendant **KE-SHAWN RIVERS a/k/a "JayZ"**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (also known as fentanyl), a Schedule II controlled substance:

| COUNT | DATE |
|---|---|
| 1 | 9/18/2025 |
| 2 | 10/1/2025 |
| 3 | 10/8/2025 |
| 4 | 10/21/2025 |
| 5 | 10/27/2025 |

| 6 | 11/26/2025 |
|---|---|
| 7 | 12/4/2025 |
| 8 | 12/11/2025 |
| 9 | 12/18/2025 |
| 10 | 12/30/2025 |
| 11 | 1/13/2026 |
| 12 | 1/22/2026 |
| 13 | 1/30/2026 |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT 14
### [21 U.S.C. §§ 841(a)(1) & (b)(1)(A)-(B)]

On or about March 11, 2026, in the Southern District of Ohio, defendant **KE-SHAWN RIVERS a/k/a "JayZ"**, knowingly and intentionally possessed with intent to distribute:

a. 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (also known as fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi);

b. 500 grams or more of a mixture and substance containing a cocaine, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii); and

c. 28 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)-(B).

## COUNT 15
### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about March 11, 2026, in the Southern District of Ohio, defendant **KE-SHAWN RIVERS a/k/a "JayZ"**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States -- namely, possession with intent to distribute controlled substances as alleged in Count 14 of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 16
### [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about March 11, 2026, in the Southern District of Ohio, defendant **KE-SHAWN RIVERS a/k/a "JayZ"**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 through 14 of this Indictment, defendant **KE-SHAWN RIVERS a/k/a "JayZ"** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to the following:

    a.    An FN Herstal, model Five-seveN, 5.7x28 caliber semiautomatic pistol, Serial No.

386454227 with any attachments and ammunition;

b. An FN Herstal, model Five-seveN, 5.7x28 caliber semiautomatic pistol, Serial No. 386458614 with any attachments and ammunition;

c. Miscellaneous magazines and ammunition; and

d. $128,325.00 in U.S. Currency.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 14 through 16 in this Indictment, defendant **KE-SHAWN RIVERS a/k/a "JayZ"** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property

described above.

A TRUE BILL

FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**AMY M. SMITH (0081712)**
**Assistant United States Attorney**